**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ABRAHAM ALEXANDER NOGUERA MORILLO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-3280-D |

**ORDER FOR RESPONSE**

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. Upon review of the Petition, the Court orders Respondents to answer or otherwise respond to the Petition within 14 days of this Order. If Respondents file an answer or other response, Petitioner may file a reply within 7 days thereafter. If Respondents file a motion, Petitioner may file a response within 14 days thereafter. Any motion that is not opposed may, in the discretion of the Court, be deemed confessed. *See* LCvR7.1(g).

The Clerk of Court is directed to send copies of the Petition and this Order to the United States Attorney for the Western District of Oklahoma on Respondents' behalf at the following address: 210 W. Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

**IT IS SO ORDERED** this 18th day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE